# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BROWN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN P. CALAMOS, SR., Trustee of the Calamos Convertible Opportunities and Income Fund, WESTON W. MARSH, Trustee of the Calamos Convertible Opportunities and Income Fund, JOE F. HANAUER, former Trustee of the Calamos Convertible Opportunities and Income Fund, JOHN E. NEAL, Trustee of the Calamos Convertible Opportunities and Income Fund, WILLIAM R. RYBAK, Trustee of the Calamos Convertible Opportunities and Income Fund, STEPHEN B. TIMBERS, Trustee of the Calamos Convertible Opportunities and Income Fund, DAVID D. TRIPPLE, Trustee of the Calamos Convertible Opportunities and Income Fund, CALAMOS ADVISORS, LLC, an investment advisor and Delaware limited liability company, CALAMOS ASSET MANAGEMENT, INC, a Delaware corporation and publicly-held holding company, CALAMOS CONVERTIBLE OPPORTUNITIES AND INCOME FUND, a Delaware statutory trust, and JOHN AND JANE DOES 1-100,<br><br>    Defendants. | Case No. 10-cv-6558<br><br>U.S. District Judge Elaine E. Bucklo<br><br>Magistrate Judge Shelia M. Finnegan<br><br>**PLAINTIFF'S MOTION FOR REMAND** |

Plaintiff, Christopher Brown, by his attorneys, respectfully moves this Court for an Order remanding this action to the Cook County Circuit Court under 15 U.S.C. § 78bb(f)(3)(D). This Motion is based on the Memorandum of Law submitted in support thereof, all other pleadings of record, and such additional evidence or argument that may be presented at a hearing on this matter.

Dated: November 5, 2010

> Respectfully submitted:
>
> By: /s/ Carol V. Gilden
>
> Carol V. Gilden
> Cohen Milstein Sellers & Toll PLLC
> 190 South LaSalle Street, Suite 1705
> Chicago, Illinois 60603
> Atty ID: 6185530
> t: (312) 357-0370
> f: (312) 357-0369
> cgilden@cohenmilstein.com
>
> Steven J. Toll
> Joshua S. Devore
> Joshua M. Kolsky
> Cohen Milstein Sellers & Toll PLLC
> 1100 New York Avenue, NW
> Suite 500, West Tower
> Washington, DC 20005
> t: 202.408.4600
> f: 202.408.4699
> stoll@cohenmilstein.com
> jdevore@cohenmilstein.com
> jkolsky@cohenmilstein.com

Lynn L. Sarko
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
t: (206) 623-1900
f: (206) 623-3384
lsarko@kellerrohrback.com

Gary Gotto
James A. Bloom
Keller Rohrback, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
t: (602) 248-0088
f: (602) 248-2822
ggotto@krplc.com
jbloom@krplc.com

## CERTIFICATE OF SERVICE

    I, Carol V. Gilden, hereby certify that on November 5, 2010, I caused to be filed the foregoing Motion for Remand with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter who are registered with the Court's ECF filing system.

                                                /s/ Carol V. Gilden